# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-3188
_____

D'ANGELO LAVELLE DIXON,

Petitioner,

v.

RICKY DIXON, Secretary,
Department of Corrections,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 14, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

D'Angelo Lavelle Dixon, pro se, Petitioner.

Ashley Moody, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.